FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

Name: Wesley C. Jones

2007 FEB -7 A 9:42    2:07CV116-MEF

Prison Number: #205738

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Place of Confinement: 3800 Fountain Dorm 4, Atmore, AL 36503

United States District Court **Middle** District of **Alabama**

Case No. _____
(To be supplied by Clerk of U. S. District Court)

**Wesley C. Jones**, PETITIONER
(Full name) (Include name under which you were convicted)

**Richard Allen, Commissioner et al**, RESPONDENT
(Name of Warden, ~~Superintendent~~, ~~Jailor, or~~ authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF **ALABAMA**

**Hon: Troy King, Attorney General et al**, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies* must be mailed to the Clerk of the United States District Court whose address is P. O. Box 711, Montgomery, Alabama 36101</u>

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

   *If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack  Mobile County Circuit Court, Alabama

2. Date of judgment of conviction  11-24-1997

3. Length of sentence  30 years     Sentencing Judge  Robert Key

4. Nature of offense or offenses for which you were convicted: Robbery First Degree  Violation of Code § 13A-8-41

5. What was your plea? (check one)
   (a) Not guilty  (X)
   (b) Guilty     ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury (X)
   (b) Judge only ( )

7. Did you testify at the trial? Yes (X) No (X)

8. Did you appeal from the judgment of conviction? Yes (X) No ( )

9. If you did appeal, answer the following:
   (a) Name of court Alabama Criminal Court of Appeals
   (b) Result Affirmed Conviction
   (c) Date of result 7-9-99
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: Affirmed 2/18/2000

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (X) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court Circuit Court of Mobile, Alabama
       (2) Nature of proceeding Post Conviction Relief Habeas Petition
       (3) Grounds raised

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)
       (5) Result Denied
       (6) Date of result 5/26/2000
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court
       (2) Nature of proceeding
       (3) Grounds raised

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )
       (5) Result
       (6) Date of result

(c) As to any third petition, application or motion, give the same information:
   (1) Name of court _____
   (2) Nature of proceeding _____
       _____
   (3) Grounds raised _____
       _____
       _____
       _____
       _____
       _____
       _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )
   (5) Result _____
   (6) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
   (1) First petition, etc.         Yes (X)   No ( )
   (2) Second petition, etc.        Yes ( )   No (X)
   (3) Third petition, etc.         Yes ( )   No (X)
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: NOT APPEALABLE
   _____
   _____
   _____
   _____
   _____
   _____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The Trial Court was without jurisdiction to proceed to trial with a faulty indictment
Supporting FACTS (tell your story briefly without citing cases or law): The Title Section 13-8-41 elements were Not met to charge this Petitioner accountable for Robbery 1°

B. Ground two: Prosecutions Failure to disclose favorable evidence to defense Prior to trial
Supporting FACTS (tell your story briefly without citing cases or law): The Prosecution, its agents or officers did withhold vital information from Defense prior to trial, BRADY + Giglio Discovery Violations for Discovery which was Not Known at trial and NOT Disclosed until after appeal was perfected and/or testimony given at trial.

C. Ground three: Constitution dose not Allow an indictment to proceed to trial when it is know to be Defective.
Supporting FACTS (tell your story briefly without citing cases or law): The Prosecution KNEW No witness to the Alleged crime ever Noted or Identified the petitioner, ONLY PREJUDICED TESTIMONY Given the Day of Trial revealed such and only after POST CONVICTION BRIEF FILED To OPPOSE The petition was it revealed by the DA's office that tainted and suggestive information was arbitrarily allowed and had it been know before trial would have without Doubt rendered a different verdict.

D. Ground four: Prosecutoral Misconduct to "Perjury" and "vendictive" action has grossly over shadowed this CASE.
Supporting FACTS (tell your story briefly without citing cases of law): 

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: The only issue Not presented in original filing of appeal was Not KNOWN until later, then re-filed for the Circuit court to have a chance to respond. Which they refuse to do.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing  Habid Yazdi
   135 Kingswood Dr.    Daphne, AL 36526
(b) At arraignment and plea

(c) At trial _____

(d) At sentencing _____

(e) On appeal   W. Gregory Hughes
                501 Church Street  Mobile AL 36602

(f) In any post-conviction proceeding  PRO SE

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )  No (X)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No (X)
    (a) If so, give name and location of court which imposed sentence to be served in the future: N/A
    
    (b) And give date and length of sentence to be served in the future: _____
    
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ( )  No (X)

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

                                    N/A
                                    _____
                                    Signature of Attorney (if any)

    I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on  02/05/07
                                                                 (date)

                                    _____
                                    Signature of Petitioner

LEGAL

Wesley C. Jones #205738
3800 Fountain 4-Dorm
Atmore, AL 36503

United States District Court
P.O. Box 711
Montgomery, AL 36101