# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Wesley C. Jones, #205738
Plaintiff

V.

Richard Allen, Commissioner et al,
Troy King, Attorney General et al,
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

RECEIVED 2007 FEB -7 A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 2:07CV116-MEF

I, __Wesley C. Jones AIS #205738__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Fountain Corr. Center__

    Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    __11/97__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends             ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d. Disability or workers compensation payments      ☐ Yes    ☒ No
    e. Gifts or inheritances                            ☐ Yes    ☒ No
    f. Any other sources                                ☒ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Family Members send Hygene monies periodically.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
    NONE

I declare under penalty of perjury that the above information is true and correct.

_Jan 29-07_
Date

_[signature]_
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 FOUNTAIN CORRECTIONAL CENTER

AIS #: 205738      NAME: JONES, WESLEY CORNELIUS        AS OF: 01/31/2007

                   # OF         AVG DAILY           MONTHLY
         MONTH     DAYS         BALANCE             DEPOSITS
         --------------------------------------------------------------

         FEB       28           $7.32               $202.05
         MAR       31           $70.63              $130.00
         APR       30           $23.72              $60.00
         MAY       31           $1.77               $25.00
         JUN       30           $9.55               $55.00
         JUL       31           $15.90              $60.00
         AUG       31           $19.00              $30.00
         SEP       30           $12.98              $74.00
         OCT       31           $13.36              $60.00
         NOV       30           $5.35               $50.00
         DEC       31           $9.22               $105.00
         JAN       31           $3.23               $0.00

         Average 12 months
         balance                $16.00              $70.92
```

_Valeria Spates_
Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 31ST DAY OF JANUARY 2007.

_____, Notary Public

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Southern _____ DIVISION

Wesley C. Jones ) 
AIS #205738 )
_____ )
_____ )
Plaintiff(s) )
v. )
Richard Allen, commissioner et al., )
Troy King, Attorney General et al. )
_____ )
_____ )
Defendant(s) )

RECEIVED
2007 FEB -7 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07CV116-MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Wesley C. Jones AIS# 205738

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature