IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WESLEY C. JONES, AIS # 205738, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv116-MEF |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER

On February 22, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this the 13th day of March 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
